

FILED
CLERK U.S. DISTRICT COURT

APR - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7

8      UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA

10

11   RICHARD CONWAY JACKSON,     )     Case No. CV 07-8020 JFW(JC)

12                Petitioner,     )     ~~(PROPOSED)~~

13        v .     )     ORDER ADOPTING FINDINGS,
                  )     CONCLUSIONS AND
14   A. HEDGEPETH, Warden,     )     RECOMMENDATIONS OF UNITED
                  )     STATES MAGISTRATE JUDGE
15                Respondent.     )

16   _____     )

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

19   Habeas Corpus by a Person in State Custody (the "Petition"), all of the records

20   herein, the attached Report and Recommendation of United States Magistrate

21   Judge (the "Report and Recommendation"), and Petitioner's Objection to the

22   Report and Recommendation ("Petitioner's Objection"). After conducting a de

23   novo review, this Court overrules Petitioner's Objection and concurs with and

24   adopts the findings, conclusions, and recommendations of the United States

25   Magistrate Judge.

26        IT IS HEREBY ORDERED that Judgment be entered denying the Petition

27   and dismissing this action with prejudice.

28   ///

1

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2 Report and Recommendation, and the Judgment herein by United States mail on

3 Petitioner and on counsel for Respondent.

4      LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6 DATED: _____APR - 3 2008_____

7

8

9      HONORABLE JOHN F. WALTER

10      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28