JS-6

FILED
CLERK U.S. DISTRICT COURT
APR - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CONWAY JACKSON,<br><br>    Petitioner,<br><br>    v.<br><br>A. HEDGEPETH,<br><br>    Respondent. | Case No. CV 07-8020 JFW(JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied, and this action is dismissed with prejudice.

DATED: 4/3/08

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE